BLAIR ACADEMY, PETITIONER-RESPONDENT, v. TOWNSHIP OF BLAIRSTOWN, RESPONDENT-PETITIONER AND DIVISION OF TAX APPEALS OF THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY, RESPONDENT.

*Mr. Archie Roth* for the petitioner.

*Messrs. Meth & Wood* for the respondent.

September 19, 1967. Denied.

CHARLES WALLACH, PLAINTIFF - PETITIONER, v. LLOYD E. WILLIAMS, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. John Tomasin* for the petitioner.

*Mr. James I. Toscano* and *Mr. Sidney Dencin* for the respondents.

September 19, 1967. Granted.

JOAN NEUHOFF, PLAINTIFF-PETITIONER, v. FRANCINE PERRICONE, DEFENDANT-RESPONDENT, AND JOHN DOLAN, ET AL., DEFENDANTS.

HARRIET RUTH ISAACS, PLAINTIFF-PETITIONER, v. FRANCINE PERRICONE, *ET AL.*, DEFENDANTS-RESPONDENTS AND JOHN DOLAN, *ET AL.*, DEFENDANTS.

*Mr. Stanley W. Greenfield, Mr. Alvin H. Gelb* and *Mr. Geoffrey Gaulkin* for the petitioners.

*Messrs. Troast, Mattson & Madden* and *Mr. Michael D. Loprete* for the respondents.

September 19, 1967. Denied.